FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 17 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01975-BNB

JEFFREY M. KELLAMS, DOC #66795, Bent County Correctional Facility, 11560 County Rd. FF 75, Las Animas, CO 80154-9573,

    Plaintiff,

v.

CORRECTIONS CORPORATIONS OF AMERICA (CCA), 10 Burton Hills Blvd., Nashville, TN 37231,
CROWLEY COUNTY CORRECTIONAL FACILITY, 6564 State Hwy 96, Olney Springs, Colo. 81062-8700,
DICK SMELSER, Warden of 2007 at Crowley County Correctional Facility, 6564 State Hwy 96, Olney Springs, Colo. 81062-8700,
COLORADO BOARD OF PAROLE, 1600 W. 24th St. #54, Pueblo, Colo. 81003,
DAVID L. MICHAUD, Chairman of Colo. Board of Parole, 1600 W. 24th St. #54, Pueblo, Colo. 81003,
COLORADO DEPARTMENT OF CORRECTIONS, Office of Offender Services, 2862 S. Circle Dr., Colo. Springs, Colo. 80906,
EXECUTIVE DIRECTOR ARISTEDES W. ZAVARAS of the Colo. Dept. of Corrections, 2862 S. Circle Dr., Colo. Springs, Colo. 80906,
SGT. MADRID, Cell House Six, July - Aug. 2007, 6564 State Hwy 96 (CCCF), Olney Springs, Colo. 81062-8700,
J. SANCHEZ, Case Manager, Cellhouse Five POD C July 07 - Jan 08, 6564 State Hwy 96, Olney Springs, Colo. 81062-8700,
G. HOWELLS, Case Manager, Cellhouse One POD A July - Aug - Sept 2007, 6564 State Hwy 96, Olney Springs, Colo. 81062-8700,
MRS. FLORES, Case Manager Cellhouse One POD C Aug. 07 - Dec. 07, 6564 State Hwy 96, Olney Springs, Colo. 81062-8700,
UNIT MANAGER CHAVES, Unit One July - Dec 2007, 6564 State Hwy 96, Olney Springs, Colo. 81062-8700,
LINDA LYONS, Law Librarian, July-Dec 2007, 6564 State Hwy 96, Olney Springs, Colo. 81062-8700, and
SHIFT COMMANDER FLORES, Sept - Dec 2007, 6564 State Hwy 96, Olney Springs, Colo. 81062-8700,

    Defendants.

ORDER OF DISMISSAL

Plaintiff, Jeffrey M. Kellams, was a prisoner in the custody of the Colorado Department of Corrections at the Bent County Correctional Facility in Las Animas, Colorado, when he initiated this action by filing *pro se* a civil rights complaint pursuant to 42 U.S.C. § 1983 (2006) and 28 U.S.C. § 1343(a)(3) (1993) for money damages. On September 15, 2008, Magistrate Judge Boyd N. Boland granted Mr. Kellams leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (2006) without payment of an initial partial filing fee. On September 29, 2008, Magistrate Boland ordered Mr. Kellams to file within thirty days an amended complaint that sued the proper Defendants, that alleged each Defendant's personal participation in the asserted constitutional violations, and that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Magistrate Judge Boland warned Mr. Kellams that failure to comply with the September 29 order within the allotted time would result in the dismissal of the instant action.

On September 30, 2008, the order granting Mr. Kellams leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 was returned to the Court as undeliverable in an envelope marked "Parole," "Return to Sender," "Refused," and "Unable to Forward." On October 6, 2008, the order directing Mr. Kellams to file an amended complaint was returned to the Court as undeliverable in an envelope marked "Paroled," "RTS," "Returned to Sender," and "Not Deliverable As Addressed."

Mr. Kellams has failed within the time allowed to respond to the September 29, 2008, order for an amended complaint or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure within the time allowed to file an amended complaint that complies with the September 29, 2008, order and for failure to prosecute.

DATED at Denver, Colorado, this 14 day of Nov., 2008.

BY THE COURT:

/s/ Zita L. Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01975-BNB

Jeffrey M. Kellams
Prisoner No. 66795
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on **11/7/08**

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk